**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION**

701 RIVERSIDE LLC,

Plaintiff,

v.

MOUNT VERNON FIRE INSURANCE COMPANY,

Defendant.

CIVIL ACTION NO.: 5:26-cv-1131

**ORDER**

The above-captioned case filed in the Waycross Division of this Court is currently assigned to the undersigned. The undersigned **RECUSES** from the case and **DIRECTS** the Clerk of Court to randomly assign the case to another district judge within the Southern District of Georgia.

**SO ORDERED** this 4 day of November, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA